/#109 #127853

FILED
2009 SEP -1 PM 1:56
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: WILLIAM L. MORRIS          Case No. 07-34956

                                          Chapter 7

                                          Judge: RICHARD L. SPEER
                 Debtor(s).

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| **Payee** | **Address** | **Amount** |
|---|---|---|
| Toledo Edison Company<br>Bankruptcy Dept. | 6896 Miller Rd., Room 204<br>Brecksville, OH 44141 | $3.65 |

Check for $3.65 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 8/31/2009                                      John N. Graham, Trustee